UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-0147 (GK) |
| | : | |
| v. | : | |
| | : | |
| FREDERICK S. HILL, et. al., | : | |
| | : | |
| Defendants. | | |

## NOTICE OF APPEARANCE AS CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is currently assigned to Assistant U.S. Attorney G. Bradley Weinsheimer. This is a notice that Assistant U.S. Attorney Thomas Hibarger, telephone number (202) 514-7385 and/or email address Thomas.J.Hibarger@usdoj.gov ., is entering an appearance as co-counsel and will be assisting in this matter on behalf of the United States

Respectfully submitted,

JEFFREY A. TAYLOR
D.C. Bar No. 498610
UNITED STATES ATTORNEY


_____/s/_____
THOMAS J. HIBARGER
ASSISTANT UNITED STATES ATTORNEY
D.C. Bar No. 413224
555 4th Street, N.W., Room 5237
Washington, DC 20530
(202) 514-7385
Thomas.J.Hibarger@usdoj.gov