UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA       :

        v.              :       CR. NO. 07-147-02 (GK)

MOHAMMED NGENA       :

## NOTICE OF APPEARANCE

The Clerk will please enter the appearance of Edward C. Sussman, Suite 900, 601

Pennsylvania Avenue N.W., Washington, D.C. 20004, as counsel for the defendant in this matter,

pursuant to the Criminal Justice Act.

                      /s/
                _____
                Edward C. Sussman No. 174623
                Attorney for Defendant
                Suite 900 - South Building
                601 Pennsylvania Avenue N.W.
                Washington, D.C. 20004
                (202) 737-7110

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served this 17th day of February, 2008

by electronic filing on all interested parties.

                      s/
                _____
                Edward C. Sussman

1