# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 07-147-02 | MAGIS NO: |
| v<br><br>MOHAMED NGENA<br>(a/k/a Mohamed Gayengena)<br><br>DOB:    PDID: | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>MOHAMED NGENA<br><br>**FILED**<br>FEB 2 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT | |
| WARRANT ISSUED ON THE BASIS OF: | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

**CONSPIRACY;**

**BANK FRAUD;**

**AIDING AND ABETTING AND CAUSING AN ACT TO BE DONE**

UNITED STATES CODE TITLE & SECTION:

**IN VIOLATION OF:**   18 U.S.C. § 1349; 18 U.S.C. 1344; and 18 U.S.C. § 2

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE | |
|---|---|---|
| ORDERED BY DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | SIGNATURE (JUDGE/MAGISTRATE JUDGE) DEBORAH A. ROBINSON<br>U.S. MAGISTRATE JUDGE | DATE ISSUED<br>JUN 0 7 2007 |
| CLERK OF COURT:<br>NANCY MAYER-WHITTINGTON | BY DEPUTY CLERK: | DATE<br>JUN 0 7 2007 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 6/7/07 | NAME AND TITLE OF ARRESTING OFFICER<br>Stephenie Owens, DUSM<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED 2/27/08 | | |
| HIDTA CASE.    Yes    No | | OCDETF CASE.    Yes    No |

856506