UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 07-147 (GK) |
| v. | : | |
| FREDERICK S. HILL, DAN V. McKINNEY, and MOHAMED NGENA | : | |
| Defendants. | : | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the status hearing, currently set for March 19, 2008, be vacated and that a new status hearing be set for April 24 or 25, 2008, or for such other date thereafter convenient to the court. In support of this motion, the government states as follows:

1.  All three defendants have been indicted in a multiple count bank fraud conspiracy indictment. On February 7, 2008, the court held a status hearing with the government, defendant Hill and his counsel, and defendant McKinney and his counsel. Although defendant Ngena had been arrested in Atlanta pursuant to a bench warrant issued as a result of the indictment, defendant Ngena had not yet been presented here nor had he been appointed counsel. The court set a trial date and a further status date of March 19, 2007.

2.  On February 27, 2008, defendant Ngena was arraigned by Magistrate Judge Facciola, and Edward Sussman has been appointed to represent defendant Ngena. Unfortunately, while the government has provided initial discovery to Mr. Susssman, discovery is not yet complete and Mr. Sussman has not had a full opportunity to assess the case and discuss is with his client. Accordingly, it is unlikely that a meaningful status hearing could be held at this time. The undersigned has discussed the scheduled status hearing with all defense counsel, and all are in agreement that it

would be more productive to put the status hearing off for an additional 30 days to allow discovery to be complete and for counsel and the government to discuss possible resolution of the pending charges.  All parties recommend that the status hearing be convened in the end of April, which still will leave ample time to set briefing schedules and to otherwise resolve any outstanding issues in advance of the September 15, 2008 trial date.

WHEREFORE, it is respectfully requested that this motion be granted.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


_____/s/_____
G. Bradley Weinsheimer
ASSISTANT UNITED STATES ATTORNEY
Bar Number 431796
555 4th Street, N.W., Room 3205
Washington, DC 20530
(202) 514-6991

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 07-147 (GK)** |
| | : | |
| v. | : | |
| | : | |
| **FREDERICK S. HILL,** | : | |
| **DAN V. McKINNEY, and** | : | |
| **MOHAMED NGENA** | : | |
| | : | |
| **Defendants.** | : | |

**O R D E R**

Based on the representations in the Government's Consent Motion to Continue Status Hearing, it is this _____ day of March 2008, hereby

ORDERED that the status hearing set for March 19, 2008 is vacated and a new status hearing is set on April \_\_\_\_\_, 2008 at _____ a.m / p.m.

_____
THE HONORABLE GLADYS KESSLER
UNITED STATES DISTRICT JUDGE