**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Criminal No. 07-147-02 (GK)** |
| | : | |
| **MOHAMED NGENA,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S OPPOSITION TO**
**DEFENDANT'S APPEAL OF THE DETENTION ORDER**

The United States of America, by and through its Attorney, the United States Attorney

for the District of Columbia, respectfully opposes the defendant's appeal of the Magistrate

Judge's detention order in this matter.  As Magistrate Judge John M. Facciola determined on

March 3, 2008, the record establishes that no condition or combination of conditions for

defendant's release can reasonably assure the defendant's appearance as required.  Thus, we

ask this Court to deny defendant's motion for release pending trial.  In support of this

pleading, the government states as follows:

**BACKGROUND**

1. On March 3, 2008, United States Magistrate Judge John M. Facciola presided over

the defendant's detention hearing.  The Government asked the Court to hold the defendant

without bail pending trial, in accordance with the Bail Reform Act, 18 U.S.C. §

3142(f)(2)(A).

2. The Court found by clear and convincing evidence that there are no conditions or

combinations of conditions of release that would reasonably assure the appearance of the

defendant as required, and ordered the defendant detained without bond pending trial. The Court set forth its Findings of Fact and Reasons for Detention in a Detention Memorandum on March 3, 2008. Among other factors supporting the Court's decision to detain the defendant were: the charged offenses are "crimes of deceit"; the lack of a present address in the District of Columbia; the defendant's past use of multiple aliases, dates of birth, and social security numbers; the weight of the evidence, including the fact that one of the defendants "co-conspirators" was actually a government informant and the government has the forged checks; the defendant's two prior convictions for violations of the Bail Reform Act; and that the defendant is currently on probation in a Superior Court case, in which case there is an outstanding bench warrant, and is on probation in a Dekalb County, Georgia case.

3. The defendant argues in support of his request for bond pending trial that: he only succeeded in obtaining $15,000 in this check forging conspiracy; his convictions for violations of the Bail Reform Act were in misdemeanor cases, and that they were the product of an untreated alcohol problem; in his recent arrest in Georgia he was not representing himself as Anthony Folorin, he merely was found drunk with a forged check in his pocket in the name of Anthony Folorin; he must have successfully completed probation in the Superior Court matter because no action has been taken on the warrant by the Superior Court Judge; and that he has a friend that lives near the Metro with whom he may reside if released.

**ARGUMENT**

4.   The government submits that this Court should affirm Magistrate Judge Facciola's decision to hold the defendant without bond.  When detention has been granted, 18 U.S.C. § 3145(b) states:

> (a) Review of a detention order – If a person is ordered detained by a magistrate judge, . . . the person may file, with the court having original jurisdiction over the offense, a motion for revocation of the order.  The motion shall be determined promptly.

The defendant has availed himself of this provision, yet has provided no persuasive reason for the Court to overturn the order of detention.

5.   One of the strongest indicators of the defendant's unreliability in terms of risk of flight, his two Bail Reform Act convictions, were, according to the defendant, the product of an untreated alcohol problem.  However, in the Presentence Report prepared for the Superior Court in case M-297-04A, the defendant's most recent Bail Reform Act conviction, the defendant's statement to the presentence report writer regarding his failure to appear was, in pertinent part: "My lawyer asked me to bring my witnesses.  I brought them twice.  The last time I was supposed to bring them, I couldn't get in touch with them so I didn't show up to court."  It is impossible to know with certainty whether the defendant failed to appear because of alcohol problems, as he has represented to this Court, because of witness issues, as he represented to the Superior Court, or for some other reason.  What is clear is that he has twice been convicted of Bail Reform Act violations and provides shifting explanations for his failure to appear.  The only concrete facts that can be gleaned from this is that the defendant is a flight risk and that his explanations do not instill confidence that he should be trusted to appear in court as required.

6. Contrary to the defendant's assertion, it appears that he does in fact have an outstanding warrant issued by Judge Holeman in the Superior Court of the District of Columbia in case DV100-04.[1] On March 23, 2004, the defendant was sentenced to

> 90 days in jail ESS except for credit for time served plus 10 days in jail. Defendant to serve sentence on weekends beginning on 3-27-04 at 7:00 p.m. to be released on 3-28-04 at 8:00 p.m. Defendant to report to [sic] next 4 consecutive weekends until released at 8:00 p.m. on 4-25-04 PM [sic]. One year probation.

Judgment and Commitmen/Probation Order in case DV100-04A; see Attachment A.

7. On April 8, 2004, the District of Columbia Department of Corrections forwarded a "Judge Notification Form" to Judge Holeman, reporting that the defendant had failed to report as required during the weekend of April 3, 2004. See Attachment B.

8. On April 9, 2004, a bench warrant was issued for the defendant. The warrant notes that "[d]efendant failed to appear for a weekend jail sentence on a simple assault charge." See Attachment C. This is also reflected in the docket entry for April 9, 2004. See Attachment D.

9. A computerized check of the Federal Bureau of Investigations National Crime Information Center ("NCIC") shows a warrant issued by Judge Holeman on April 9, 2004, for failure to appear for weekends in jail in case DV10004. See Attachment E.

10. Counsel for the government spoke with a supervisor in the Records Office at the Central Detention Facility where the defendant is presently incarcerated. She confirmed that the defendant was wanted by the U.S. Marshals on the warrant.

---

[1]Since the time of the sentencing in this case, the numbering convention for cases in Superior Court has changed. This same case now is numbered 2004DVM000100.

WHEREFORE, the United States respectfully requests that the defendant's oral motion be denied and the defendant be held without bond pending trial.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY


                    /s/
THOMAS J. HIBARGER
Assistant United States Attorney
D. C. Bar Number 413224
555 4th Street, N.W.,
Washington, D.C.  20530
(202) 514-7385
Thomas.J.Hibarger@usdoj.gov


                    /s/
G. BRADLEY WEINSHEIMER
Assistant United States Attorney
D.C. Bar Number 431796
555 4th Street, N.W.,
Washington, D.C.  20530
(202) 514-6991
Bradley.Weinsheimer@usdoj.gov

Certificate of Service

      **I HEREBY** certify that a copy of the foregoing government's Opposition to Defendant's Appeal of the Detention Order and proposed Order was served electronically on all parties via electronic case filing (ECF) on this 3rd day of April, 2008.

/s/
_____
THOMAS J. HIBARGER
Assistant United States Attorney
D. C. Bar Number 413224
555 4th Street, N.W.,
Washington, D.C.  20530
(202) 514-7385
Thomas.J.Hibarger@usdoj.gov

*weekends in jail*

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
~~District of Columbia~~

Case No.: *DV 100-04 A*

PDID No.: *473-798*

vs.

*Mohamed Ngenea*

## JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☒ Guilty to the Charge(s) of _____

*"A" Simple assault*

and having been found guilty by ☐ Jury ☒ Court, it is hereby **ORDERED** that the defendant has been convicted of and is guilty of the offense(s) charged, and is hereby **SENTENCED** to

*"A" 90 Days in jail Eff except for credit for time served plus 10 days in jail. Defendant to serve sentence on weekends beginning on 3-27-04 at 7:00 pm to be released on 3-28-04 at 8:00 p. Defendant to report to next 4 consecutive weekends until released at 8:00pm on 4-25-04 PM. one year Probation*

☐ **MANDATORY MINIMUM** term of _____ applies to the sentence imposed

☐ **MANDATORY MINIMUM** term does not apply.

☒ **ORDERED** that the defendant be committed to the custody of the Attorney General for imprisonment for the period imposed above.

☐ **ORDERED** that the defendant be committed to the custody of the Attorney General for treatment and supervision provided by the D.C. Department of Corrections pursuant to Title 24, Section 903[b] of the D.C. Code [Youth Rehabilitation Act 1985].

☒ **ORDERED** that the defendant be placed on probation in charge of the Director, Social Services Division, and it is further **ORDERED** that while on probation the defendant observe the following marked conditions of probation:

☒ Observe the general conditions of probation listed on the back of this order. *Defendant to participate in anger management counseling*

☒ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with written notice from your Probation Officer. *Defendant to complete domestic violence counseling*

☒ Treatment for ☐ alcohol problems ☒ drug dependency or abuse as follows: *drug assessment, testing and treatment per Probation*

☐ Restitution of $ _____ in monthly installments of $ _____ beginning

☒ *Defendant to provide proof of citizenship* (see reverse side for payment instructions.)
*Defendant to participate in educational / vocational training*

☒ ~~The Court will distribute monies to~~ *Defendant to obtain maintain employment for 40 hour a week, complete 40 hour of community service*

Costs in the aggregate amount of $ *50.00* have been assessed under the Victims of Violent Crime Compensation Act of 1981, and ☐ have ☒ have not been paid. *six months after release from jail.*

**ORDERED** that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the copy shall serve the commitment/order for the defendant.

*3-23-04*
Date

Certification by Clerk pursuant to Criminal Rule 32(d).

*3-23-04*
Date

_____
Judge

*Karen W Frank*
Deputy Clerk

Form CD(18)-1040/Oct. 01

ATTACHMENT A (07-147-02)

GOVERNMENT OF THE DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS



## JUDGE NOTIFICATION FORM

Date: __04/08/2004__

The Honorable: __BRIAN HOLMAN F.__
Judge, D.C. Superior Court
500 Indiana Avenue, N.W.
Washington, D.C. 20001

The Honorable: _____
Judge, U.S. District Court
300 Constitution Avenue, N.W.
Washington, D.C. 20001

Re: Inmate Name __MOHAMED   NEGENEA__    DCDC: __274-005__    Case: __M297-04 & DV100-04__

Dear Judge __HOLMAN__

On __03/23/2004__, the above referenced inmate was ordered/scheduled:

[X] To serve weekends from __Saturdays 8:00 P.m.__ to __Sundays 8:00 p.m.__

[ ] To daily work release from _____ to _____

[ ] Placement into detox within 24 hours

[ ] Pretrial/presentence work release or sentenced to work release

[ ] To serve _____ day(s) sanction

[ ] To be released from custody

[ ] To be placed in a drug treatment program

[ ] To return to the Halfway House

As of this writing, the above referenced inmate:

[X] Failed to report as required

[ ] Failed to return as required

[ ] Did not return until _____

[ ] Remains in the D.C. Jail for the reason(s) listed below:

    [ ] Outstanding warrant(s) or    [ ] Detainer in _____

    [ ] Pending case(s) without work release _____

    [ ] No bed space available

    [ ] Has not medically cleared for transfer

[X] Other    __Did Not Report During The Weekend of 4-3-04__

If additional information is needed, please feel free to contact this office on (202) 673-8257.

Legal Instrument Examiner

Form A, Judge Notification Form



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES OF AMERICA        :

          v.                 :

*Mohamed Ngenea*          :

CRIMINAL NO. *DV100-04*

ISSUED BY: *J Brian Holeman*

## BENCH WARRANT
### May be served at any place within the jurisdiction of the United States.
*Unless Specified Otherwise Below*

TO:    The United States Marshal for the Superior Court of the District of Columbia or any other authorized federal officer or the Chief of Police of the District of Columbia

       GREETINGS;    YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before this Court or other person enumerated in 18 U.S.C. 3041 to answer to the charge(s) listed below. ( ) YOU ARE FURTHER COMMANDED to execute this warrant FORTHWITH.

| BASIS FOR WARRANT AND DESCRIPTION OF CHARGES |
|---|
| *Defendant failed to appear for a weekend jail sentence on a simple assault charge* |

(X) This Warrant is issued extraterritorially pursuant to D.C. Code § 23-1329(d)(1996)

| SPECIAL TERRITORIAL LIMITS ON EXECUTION OF WARRANT – THIS SECTION VALID ONLY IF COMPLETED |
|---|
| Extraterritorial Service of this Warrant is limited to |

### IDENTIFICATION OF PERSON TO BE ARRESTED

ALIAS: *Mohamid Mostapha Conde Lanased Mamadu Kay*

ADDRESS: *1620 21st Place SE # 3 Wash DC 20020*

D.C. MPD – PDID NO: *473-798*    DATE OF BIRTH: ███ SEX: *M*    RACE:

HEIGHT:      WEIGHT:      OTHER:

OTHER:

WITNESS, The Honorable Chief Judge of the Superior Court of the District of Columbia under the seal of said Court this _*9*_ day of _*April*_, _*2004*_
                                                  month        year

BAIL FIXED BY THE COURT             Superior Court of the District of Columbia

AT: _*No Bond*_ .               BY: _*Laurel Franklin*_
                                              ( ) Judge    ( ) Hearing Commissioner    (X) Deputy Clerk

| RETURN: This warrant was received and executed with the arrest of the above-named person. |
|---|
| Date Received:        Name & Title of Arresting Officer |
| Date Executed:        Signature of Arresting Officer |

White – Court      Yellow - U.S. Marshal

Form CD 2078/Aug. '99

| DATE: 02/04/04 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) A | CONTINUED DATE 03/23/04 | Continued for RBS | In Courtroom Nbr. 218 |
|---|---|---|---|---|---|---|
| COURT REPORTER    TAPE ☑ 218 | COUNT(S) | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ _____ | COUNT(S) | Preliminary Hearing ☐ Held  ☑ Held for G.J Action ☐ Waived  ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☑ IS PRESENT ☐ IS NOT PRESENT | | Defendant: ☑ IS PRESENT ☐ IS NOT PRESENT | | BOND $ H.W.H. | ☐ CASH_____% ☐ SURETY | ☐ P.R. |

Deft. placed in H.W.H. Full P.S.I. is ordered
(Ineligible for I.S.P. because of New York warrants)

| Count(s) _____ | Nolle Prosequi Prosecutor _____ | Defendant released and warned ☐ of Penalties for failure to return |
|---|---|---|
| ☑ New Commitment Executed | ☐ Back To Jail O.C. | ☐ Release Executed | ☐ Not In Custody |

| DISPOSED | | | | PENDING | | | | | CLERK JOL | JUDGE/COMM. HOLEMAN |
|---|---|---|---|---|---|---|---|---|---|---|
| CLOSED | Held G.J. | CONT PAY | Show Cause | B/W | Status | Jury | Non Jury | Sent | Others  Updated By | |

---

| DATE: 4-9-04 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER    TAPE ☑ 218 | COUNT(S) A | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ No Bond | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J Action ☐ Waived  ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | | BOND $ | ☐ CASH_____% ☐ SURETY | ☐ P.R. |

No Parties present, defendant failed to report
for weekend jail sentence on 4-3-04
court order benchwarrant to be issued

| Count(s) _____ | Nolle Prosequi Prosecutor _____ | Defendant released and warned ☐ of Penalties for failure to return |
|---|---|---|
| ☐ New Commitment Executed | ☐ Back To Jail O.C. | ☐ Release Executed | ☐ Not In Custody |

| DISPOSED | | | | PENDING | | | | | CLERK | JUDGE/COMM. Holeman |
|---|---|---|---|---|---|---|---|---|---|---|
| CLOSED | Held G.J. | CONT PAY | Show Cause | B/W | Status | Jury | Non Jury | Sent. | Others  Updated By | |

---

| DATE: 4-22-04 | COUNT(S) | PLEA OF NOT GUILTY WITHDRAWN JURY DEMAND WITHDRAWN PLEA GUILTY, JUDGMENT GUILTY | COUNT(S) | CONTINUED DATE | Continued for: | In Courtroom Nbr. |
|---|---|---|---|---|---|---|
| COURT REPORTER    TAPE ☐ | COUNT(S) | Bench Warrant Ordered and issued Forthwith  Bench Warrant Bond $ _____ | COUNT(S) | Preliminary Hearing ☐ Held  ☐ Held for G.J Action ☐ Waived  ☐ No Probable Cause | | ☐ Remaining counts to be dismissed at sentencing |
| Counsel: ☐ IS PRESENT ☐ IS NOT PRESENT | | Defendant: ☐ IS PRESENT ☐ IS NOT PRESENT | | BOND $_____ | ☐ CASH_____% ☐ SURETY | ☐ P.R. |

BENCH WARRANT SENT TO U.S. MARSHALS
FOR SERVICE

| Count(s) _____ | Nolle Prosequi Prosecutor _____ | Defendant released and warned ☐ of Penalties for failure to return |
|---|---|---|
| ☐ New Commitment Executed | ☐ Back To Jail O.C. | ☐ Release Executed | ☐ Not In Custody |

| DISPOSED | | | | PENDING | | | | | CLERK | JUDGE/COMM. |
|---|---|---|---|---|---|---|---|---|---|---|
| CLOSED | Held G.J. | CONT PAY | Show Cause | B/W | Status | Jury | Non Jury | Sent. | Others  Updated By JC | SP |

| Name: Mohamed Nyerea | Docket No.: 06010U04 |
|---|---|

Form CD-1032/JUNE 90    PAGE    0-2954 wd239

```
*** NCIC RESPONSE #35198          RCVD FOR DC001267A/TZXK/US0121 ***
DC001267A
***MESSAGE KEY ZW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE EXTRADITION FROM THE
INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS FILES ARE SEARCHED
WITHOUT LIMITATIONS.
MKE/WANTED PERSON
FULL EXTRADITION UNLESS OTHERWISE NOTED IN THE MIS FIELD
ORI/VAUSM0000 NAM/NGENEA,M0HAMED SEX/M RAC/B POB/AC DOB/███████
HGT/602 WGT/200 EYE/BR0 HAI/BLK FBI/315104WA5 SKN/DRK
FPC/64PI09PIP065PMPMPMCI MNU/0A-PDID473798 SOC/██████
OFF/PROB VIOLATION - SEE MIS - FTA WEEKEND JAIL
OOC/SIMPLE ASSLT
DOW/20040409 OCA/0070856506
WNO/040704261241D
VLD/20070807
MIS/DC S/C CT CASE NUMBER DV10004 JUDGE H0LEMAN 2145K
DNA/N
ORI IS US MARSHALS SERVICE HEADQUARTERS ARLINGTON 202 307-9100
DOB/████████
DOB/████████
DOB/
AKA/C0NDE,M0USTAPHA
** NCIC RESPONSE CONTINUES - PRESS THE PA2 KEY **




*** NCIC RESPONSE #35198          RCVD FOR DC001267A/TZXK/US0121 ***
AKA/GAY,SAMAAISH MAMAD00
AKA/GAYE,M0HAMED
AKA/L0BIL0,SAMAAISH MAMAD00
AKA/M0HAMED,NGENEA
AKA/NDEMEM,M0HAMMED
MNU/0A-MD1578414
MNU/0A-NY7995242M
SOC/██████
SOC/██████
SOC/██████
NIC/W675851399 DTE/20040426 0852 EDT
IMMED CONFIRM WARRANT AND EXTRADITION WITH ORI
--END--
```