**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | *CR 07-147-02* |
| ) | |
| **MOHAMED NGENA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter comes before the Court on Defendant Mohamed Ngena'
Appeal of his Detention Order [**Dkt. No. 30**].  Upon consideration of
the Appeal, the Government's Opposition, and the entire record
herein, Defendant's Appeal is **denied** for the reasons set forth in
the Government's Opposition.  In particular, it is clear that the
Defendant presents a real danger of flight.  He already has two
Bail Reform Act convictions, a bench warrant in Superior Court for
failure to appear, and a severe alcohol problem.

April 11, 2008

Gladys Kessler
United States District Judge

**Copies to: Attorneys of record via ECF**