NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                                            Criminal Number  07-147

Mohamed Ngena
            (Defendant)


TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

/s/ Reita Pendy, Bar Number 327775
(Attorney & Bar ID Number)

_____
(Firm Name)

P.O. Box 5432
(Street Address)

Charlotte, North Carolina 28299
(City)          (State)          (Zip)

(704) 532-6232
(Telephone Number)