UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 1:07-cr-147 (GK) |
| | : | |
| v. | : | VIOLATIONS: 18 U.S.C. § 1349 |
| | : | (Conspiracy) |
| MOHAMED NGENA | : | **FILED** |
| | : | |
| Defendant. | : | JUL 2 2 2008 |

Clerk, U.S. District and
Bankruptcy Courts

### STATEMENT OF OFFENSE

Pursuant to Rules 11 and 32( c) of the Federal Rules of Criminal Procedure and United States Sentencing Guidelines §6B1.4, the United States, through its undersigned counsel, and defendant Mohamed Ngena, advised by his undersigned counsel, Reita Pendry, stipulate and agree that the following facts are true:

On May 13, 2004, Natwan Logan introduced J.W. to defendant Ngena. The three men crafted a plan in which J.W. agreed to produce counterfeit checks, and defendant Ngena agreed to deposit and cash the checks at banks in Washington, D.C. and elsewhere. The three men agreed that they would split the proceeds from their counterfeit check scheme. In fact, at the time of this agreement, J.W. was cooperating with the FBI in an investigation, and the counterfeit checks later produced by J.W. all were from a fictitious company named Premier Services.

On June 3, 2004, J.W. produced three counterfeit checks; however, defendant Ngena's name was misspelled on the checks. Defendant Ngena nonetheless concluded that he could cash one of the checks in the amount of $1,985. On June 4, 2004, Logan, J.W., and defendant Ngena

1

traveled to a Chevy Chase bank branch in Washington, D.C. and deposited the $1,985 check at an ATM machine. Because defendant Ngena failed to properly prepare the deposit, Chevy Chase bank "red flagged" defendant Ngena's account. As a result, when defendant Ngena a few days later attempted to deposit a $7,495 counterfeit check J.W. had produced, the account was not available and the counterfeit check could not be deposited.

Subsequently, in late June 2004, defendant Ngena opened an account with SunTrust bank and made numerous efforts in Washington D.C. and Maryland, with the assistance of Logan and J.W., to deposit a $9480 counterfeit Premier Services check obtained from J.W. Because of problems in opening the account, however, this counterfeit check was not deposited.

Between June 30, 2004 and July 20, 2004, Logan, J.W., and defendant Ngena discussed plans to create and deposit a $15,000 counterfeit check. On July 20, 2004, J.W. and defendant Ngena successfully deposited this check into a SunTrust bank branch ATM in Washington D.C. Thereafter, defendant Ngena withdrew the proceeds from counterfeit check.

Defendant Ngena admits that were this case to proceed to trial, the facts described above would establish beyond a reasonable doubt that: (1) there existed an agreement between himself and others to engage in bank fraud by depositing and cashing counterfeit checks, (2) defendant Ngena joined the agreement and conspiracy knowing full well that the purpose of the agreement and conspiracy was to defraud financial institutions by improperly enriching himself and his coconspirators by depositing and cashing counterfeit checks, and (3) defendant Ngena and his

coconspirators in an effort to further the goals of the agreement and conspiracy while it was on-going, engaged in the various acts described above.

                                                  Respectfully submitted,

                                                  JEFFREY A. TAYLOR
                                                  UNITED STATES ATTORNEY
                                                  FOR THE DISTRICT OF COLUMBIA

By: _____
                                                  G. BRADLEY WEINSHEIMER
                                                  Assistant United States Attorney
                                                  Bar Number 431796
                                                  555 4th Street, N.W.,
                                                  Washington, D.C. 20530
                                                  (202) 514-6991

## DEFENDANT'S ACCEPTANCE

I have read every word of this Statement of Offense. Pursuant to Rules 11 and 32 (c) of the Federal Rules of Criminal Procedure and United States Sentencing Guidelines §6B1.4, and after consulting with my attorney, Reita Pendry, I agree and stipulate to this Statement of Offense.

Date: 1-22-08

_____
MOHAMED NGENA
Defendant

I have discussed this Statement of Offense with my client Mohamed Ngena. I concur with his decision to stipulate to this Statement of Offense.

Date: 1-22-08

_____
REITA PENDRY
Attorney for the Defendant

4