UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,            :
                                     :
                                     :
    v.                               :   Criminal No. 07-147-02 (GK)
                                     :
                                     :   **FILED**
MOHAMED NGENA,                       :
                                     :   JUL 2 3 2008
    Defendant.                       :
                                     :   Clerk, U.S. District and
                                         Bankruptcy Courts

### ORDER

It is hereby this 22nd day of July, 2008,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than **October 7, 2008**, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than **October 14, 2008**, by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on **October 21, 2008 at 4:15 p.m.**

**IT IS SO ORDERED.**

/s/ Gladys Kessler
Gladys Kessler
U.S. District Judge